**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION,<br>Plaintiff,<br>v.<br>ADAM PAUL BECKERINK,<br>Defendant. | Case No. 1:26-cv-09235<br>Honorable Martha M. Pacold |

## CERTIFICATE OF SERVICE

Under penalty of perjury, I, Kaitlyn Noonan, a non-attorney, hereby certify that I served a true and correct copy of the **Plaintiff's Motion for Default Judgment** on all parties listed below by first-class mail, by placing a copy of the same in a postage prepaid envelope, and depositing same in the U.S. Mail, on **October 1, 2026**, addressed as follows:

Adam Paul Beckerink
c/o Cook County Sheriff
2834 W. 31st Street, Division 9
Chicago, IL 60608

Adam Paul Beckerink
Booking # 20260113092
2700 S. California Ave.
Chicago, IL 60608

/s/ Kaitlyn Noonan

Martin J. Wasserman (#6294040)
Jaylaan Slaughter (#6342810)
CARLSON DASH, LLC
216 S. Jefferson St., Ste. 303
Chicago, Illinois 60661
Telephone: 312-382-1600
E-mail: mwasserman@carlsondash.com
E-mail: jslaughter@carlsondash.com